JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORIZON TIRE, INC., | Case No.  CV 15-4254-GW(JCx) |
| Plaintiff, | |
| v. | **ORDER TO DISMISS** |
| LINGLONG AMERICAS, et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed on October 6, 2015, it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: October 8, 2015              BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE